# Court of Appeals
# of the State of Georgia

ATLANTA,_ August 31, 2017_____

*The Court of Appeals hereby passes the following order:*

## A18D0055. ALTURO JUAN PASCO v. THE STATE.

Alturo Juan Pasco was convicted of armed robbery, and his conviction was affirmed on appeal. See *Pasco v. State*, 281 Ga. App. 5 (635 SE2d 269) (2006). On February 4, 2016, the trial court entered an order that modified Pasco's sentence. On August 8, 2017, Pasco filed an "Out of Time Notice of Appeal" in this Court, which has been docketed as an application for discretionary appeal.[1]

We lack jurisdiction to consider Pasco's filing. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Pasco filed his application more than a year after the trial court's order was entered. Accordingly, we lack jurisdiction to review the order, and this application is hereby DISMISSED.

The Appellee has filed a motion to dismiss for reasons other than the untimeliness of the application. That motion is DENIED AS MOOT.

---

[1] To the extent Pasco alleges that the trial court failed to act on a notice of appeal he filed there, "it may be appropriate for [him] to file a petition for mandamus seeking to compel the clerk to perform [its] statutory duty." *Wetherington v. State*, 295 Ga. 172, 173 n.1 (758 SE2d 299) (2014).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/31/2017

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*